IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03035–RM–KMT

ANNA NOVAS,

    Plaintiff,

v.

SCHOOL DISTRICT NO.1 IN THE CITY AND COUNTY OF DENVER, STATE OF COLORADO,
TRENT SHARP, in his individual capacity, and
SCOTT BARNES, in his individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Correct Case Caption" (Doc. No. 29, filed February 20, 2014) is GRANTED. The caption shall be amended to change the Plaintiff's name to "Ana Novas." Plaintiff is reminded of her duty to confer before filing a motion. *See* D.C.COLO.LCivR 7.1(a). Any future motions filed without describing efforts to fulfill the conferral requirement will be denied.

Dated: February 20, 2014