IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No.  13-cv-03035-RM-KMT

ANA NOVAS

      Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER, STATE OF COLORADO;
TRENT SHARP, in his individual capacity;
SCOTT BARNES, in his individual capacity, and
JOHN DOES 1-5,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

      This matter is before the Court on the Unopposed Motion to Dismiss with Prejudice (ECF No. 89) filed by Plaintiff.  Having considered the Motion, the Court file, and being otherwise fully advised, the Court hereby ORDERS that the claims and causes of action asserted by Plaintiff against all Defendants are in all respects DISMISSED with prejudice.  Each party shall pay their own costs and fees.  The Clerk of the Court is directed to close this case.

      DATED this 10th day of November, 2015.

                                       BY THE COURT:

                                       _____
                                       RAYMOND P. MOORE
                                       United States District Judge